JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| Jadad Muhammad, | |
| Plaintiff, | Case No. CV 21-07225-VAP-JPRx |
| v. | **ORDER OF DISMISSAL** |
| Battle-Tested Strategies, LLC et al, | |
| Defendants. | |

The Court, having been advised by a Notice of Settlement [52] that the case has settled, ORDERS that this action be dismissed in its entirety without prejudice and that all pending deadlines and hearings be vacated.

Further, the Court retains jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.

Dated: 01/20/23

_____
VIRGINIA A. PHILLIPS
United States District Judge