JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-07225-VAP-JPR | Date | January 23, 2024 |
| Title | *Jadad Muhammad v. Battle-Tested Strategies, LLC et al* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE

| DANIEL TAMAYO | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff:          Attorney(s) Present for Defendants:

None Present                                              None Present

**Proceedings:   MINUTE ORDER ADMINISTRATIVELY CLOSING ACTION (IN CHAMBERS)**

Pursuant to the parties' Stipulation (Dkt. No. 60), the Court stayed this action on January 19, 2024.  (Dkt. No. 61; *see also* Dkt. No. 59.)

The Court hereby orders this action removed from the Court's active caseload until further application by the parties or order of this Court.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**