1  **SHADIE L. BERENJI (SBN 235021)**
   berenji@employeejustice.law
2  **KRISTOPHER N. TAYYEB (SBN 320126)**
3  tayyeb@employeejustice.law
   **BERENJI LAW FIRM, APC**
4  8383 Wilshire Boulevard, Suite 708
5  Beverly Hills, California 90211
   Telephone: (310) 855-3270
6  Facsimile: (310) 855-3751
7
8  Attorneys for Plaintiff,
   JAHAD MUHAMMAD, individually and on
9  behalf of all other persons similarly situated,
   and on behalf of the general public
10
11
12  *[Additional counsel listed on following page]*
13

14              UNITED STATES DISTRICT COURT
15               CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  JAHAD MUHAMMAD, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BATTLE-TESTED STRATEGIES, LLC, a California limited liability company, AMAZON.COM SERVICES, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability corporation, AMAZON LOGISTICS, INC., a Delaware corporation; and Does 1 through 30, inclusive;<br><br>Defendants. | Case No. 2:21-cv-07225-VAP-JPR<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br><br><br><br><br>Complaint Filed: July 14, 2021 |

1
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)

| | |
|---|---|
| 1 | **JENNIFER KRAMER (SBN 203385)** |
| 2 | jennifer@employmentattorneyla.com |
|   | **HENNIG KRAMER87, LLP** |
| 3 | 3600 Wilshire Blvd., Suite 1908 |
| 4 | Los Angeles, CA 90010 |
|   | Telephone: (213) 310-8301 |
| 5 | Attorneys for Plaintiff JAHAD MUHAMMAD |
| 6 | |
|   | **ROBERT ACKERMANN (SBN 112922)** |
| 7 | videolaw@aol.com |
| 8 | **LAW OFFICE OF ROBERT ACKERMANN** |
|   | 11040 Santa Monica Blvd., Ste. 320 |
| 9 | West Los Angeles, CA 90025 |
| 10 | Telephone: (310) 479-2441 |
|    | Attorney for Plaintiff JAHAD MUHAMMAD |
| 11 | |
| 12 | **TIM L. JOHNSON (SBN 265794)** |
|    | tim.johnson@ogletree.com |
| 13 | **NIKOLAS T. DJORDJEVSKI (SBN 294728)** |
| 14 | nikolas.djordjevski@ogletree.com |
|    | **YOUSAF M. JAFRI (SBN 314773)** |
| 15 | yousaf.jafri@ogletree.com |
| 16 | **OGLETREE, DEAKINS, NASH,** |
|    | **SMOAK & STEWART, P.C.** |
| 17 | 4660 La Jolla Village Drive, Suite 900 |
| 18 | San Diego, CA  92122 |
|    | Telephone:  858-652-3100 |
| 19 | Attorneys for Defendant BATTLE-TESTED STRATEGIES, LLC |
| 20 | |
| 21 | **ALBERT GIANG (SBN 224332)** |
|    | *agiang@kslaw.com* |
| 22 | **KELLY PERIGOE (SBN 268872)** |
| 23 | *kperigoe@kslaw.com* |
|    | **KING & SPALDING LLP** |
| 24 | 633 West Fifth Street, Suite 1600 |
|    | Los Angeles, CA  90071 |
| 25 | Telephone:  (213) 443-4355 |
| 26 | Attorneys for Defendants AMAZON.COM SERVICES, INC. |
|    | AMAZON SERVICES LLC, and AMAZON LOGISTICS, INC. |
| 27 | |
| 28 | |

# STIPULATION

This Stipulation is made and entered into pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff JAHAD MUHAMMAD, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants BATTLE-TESTED STRATEGIES, LLC, AMAZON.COM SERVICES, INC., AMAZON.COM SERVICES LLC, and AMAZON LOGISTICS, INC. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, with reference to the following.

1. WHEREAS, Plaintiff filed this class action lawsuit on July 14, 2021 against Defendants, alleging various violations of the California Labor Code and the California Business and Professions Code;

2. WHEREAS, the claims in this matter have been alleged and consolidated into another pending and related matter in the Los Angeles Superior Court of California (*Jahad Muhammad v. Battle-Tested Strategies, LLC et al.* (LASC Case No. 21STCV34869) and *Henderson Donis v. Battle-Tested Strategies, LLC* (LASC Case No. 21STCV21052) (the "*Donis*" litigation)). Plaintiff did so by filing a Second Amended Class Action Complaint for Damages ("SAC") in the *Donis* litigation which included all the claims that are encompassed in this action, consolidated the claims from the three lawsuits for settlement purposes only, and added Plaintiff as a named plaintiff;

3. WHEREAS the class action settlement agreement in the *Donis* litigation requires Plaintiff to dismiss this action with prejudice following final approval of the *Donis* settlement;

4. WHEREAS, the Court in the *Donis* litigation granted final approval of the settlement and certified the class for settlement purposes only on March 27, 2024 (see the Court's March 27, 2024 Order Granting Final Approval of Class Action Settlement, Attorneys' Fees, Costs, and Class Representative Service Payments);

5.    WHEREAS, Plaintiff no longer wishes to pursue this class action and now seeks a dismissal of this action, with prejudice;

3.    WHEREAS, under Federal Rules of Civil Procedure, Rule 41, subdivision (a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared."

4.    WHEREAS, all Parties to this action stipulate to dismissal of this action with prejudice;

5.    WHEREAS, in the class action context, Rule 23, subdivision (e), of the Federal Rules of Civil Procedure provides that "[t]he claims, issues, or defenses of a **certified** class may be … voluntarily dismissed … only with the court's approval" (emphasis added).  See *Diaz v. Trust Territory of Pacific Islands, 876 F.2d 1401, 1408* (9th Cir. 1989) ("The court's duty to inquire into a settlement or dismissal differs before and after certification. Before certification, the dismissal is not *res judicata* against the absent class members and the court does not need to perform the kind of substantive oversight required when reviewing a settlement binding upon the class." (emphasis in original));

6.    WHEREAS, here, a class was certified for settlement purposes only in the *Donis* litigation, and no motion for class certification is pending.  In addition, Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action;

IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel, that the above-entitled action is voluntarily dismissed, in its entirety, with prejudice.  The Parties stipulate that each party shall bear its own costs and attorneys' fees.

///

///

///

DATE: November 25, 2024      **BERENJI LAW FIRM, APC**

By: */s/ Kristopher N. Tayyeb*

SHADIE L. BERENJI
KRISTOPHER N. TAYYEB[1]
Attorneys for JAHAD MUHAMMAD, individually and on behalf of all other persons similarly situated, and on behalf of the general public

DATE: November 25, 2024      **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Yousaf M. Jafri*

Tim L. Johnson
Nikolas T. Djordjevski
Yousaf M. Jafri
Attorneys for Defendant BATTLE-TESTED STRATEGIES, LLC

DATE: November 25, 2024      **KING & SPALDING LLP**

By: */s/ Kelly Perigoe*

Albert Giang
Kelly Perigoe
Attorneys for Defendants Amazon.com Services, Inc., Amazon.com Services LLC and Amazon Logistics, Inc.

---

[1] I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.